U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
Lynchburg (Charlottesville) Division

IN RE:   Michael John Silliman,                          Chapter 7
         Jessica Leigh Nemeth-Silliman,                  Case No. 13-61699
              Debtors

MICHAEL JOHN SILLIMAN
JESSICA LEIGH NEMETH-SILLIMAN,

         Plaintiffs,                                     Adversary Proc. No.14-06036

v.

ATLANTIC RECOVERY SOLUTIONS, LLC

and

VIVINT, INC.

         Defendants.

## DEFAULT JUDGMENT UNDER FED. R. BANKR. P. 7055(b)

Based on the Defendants' failure to respond to the Complaint, THE COURT RENDERS

ITS JUDGMENT AS FOLLOWS:

1. Judgment shall be entered in favor of Michael John Silliman and Jessica Leigh Nemeth-Sillman, Debtors and Plaintiffs.

2. Plaintiffs are granted the following relief:

    a.   actual damages in the amount of $0;

    b.   statutory damages in the amount of $0;

    c.   punitive damages in the amount of **$1500**;

    d.   reasonable legal fees and expenses totaling **$775**; and

    e.    the underlying debt to Defendants be forever cancelled and discharged.

Dated:  November 7, 2014

/s/ Rebecca B Connelly
United States Bankruptcy Judge

I ASK FOR THIS:


  /s/ Marshall M. Slayton
MARSHALL M. SLAYTON, VSB # 37362
BOYLE, BAIN, REBACK & SLAYTON
420 Park Street
Charlottesville, VA   22902
Phone:   (434) 979-7900
Counsel for Debtors/Plaintiffs


## PROOF OF SERVICE BY MAIL

COMMONWEALTH OF VIRGINIA
CITY OF CHARLOTTESVILLE

    I am employed in the above City of Charlottesville, Commonwealth of Virginia.  I am over the age of 18 and not a party to the within action.   My business is as follows:

On _____, 2014, I served the foregoing document described as Default Judgment Under Fed. R. Bankr. P. 7055(b), on the interested party at its last known address in this action by placing a true and correct copy thereof in a sealed envelope with the postage thereon fully prepaid in the United States Mail at Charlottesville, Virginia addressed as follows:

ATLANTIC RECOVERY SOLUTIONS, LLC
P.O. Box156
East Amherst, NY 14051

275 Northpointe, Suite 80
Amherst, NY, 14226

and

VIVINT, INC.
Dba APX Alarm Systems
c/o CT Corporation System, R/A
4701 Cox Road, Suite 285
Glen Allen, VA   23060

2

       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____            /s/ Marshall M. Slayton_____
                                                            Marshall M. Slayton, Attorney
                                                            for the Debtors/Plaintiffs